# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| KAREN S. DAVIS, : | |
| : | |
| Claimant, : | |
| : | |
| v. : | CASE NO. 7:07-CV-114 (WLS) |
| : | Social Security Appeal |
| MICHAEL J. ASTRUE, : | |
| Commissioner of Social Security, : | |
| : | |
| Defendant. : | |
| _____ : | |

## RECOMMENDATION

Presently pending before the Court is Claimant's Attorney's Motion for Attorney's Fees pursuant to the Equal Justice Act ("EAJA"), 28 U.S.C. § 2412(d). As allowed by the EAJA, Petitioner has filed a motion for attorney fees and costs. Petitioner seeks an award of attorney's fees in the amount of $4,594.84, based upon an hourly rate of $167.74 for 17.55 attorney work hours and $65.00 for 25.40 paralegal work hours. Petitioner has also requested thirty days following notification of the award of past-due benefits to file a request for fees under 42 U.S.C. § 406(b). The Defendant's only objection is to the requested rate of $65.00 per hour for paralegal work hours. Defendant contests the motion on the basis that $65 per hour paralegal fees is excessive for the Valdosta Division of the Middle District of Georgia and asks that Petitioner be awarded $60 an hour for paralegal fees as established in *Carolyn Webb v. Astrue*, 7:05-CV-126 (HL). Petitioner did not file a Reply to Defendant's Response.

Having found that Petitioner has failed to establish that the hourly rate for paralegal work hours in the Valdosta Division of the Middle District of Georgia is $65 an hour, IT IS HEREBY RECOMMENDED that Petitioner's Motion for Attorney's fees pursuant to 28 U.S.C. § 2412 (d) be GRANTED in part and DENIED in part. It is RECOMMENDED that Petitioner be awarded 17.55 attorney work hours at the rate of $167.74 per hour, 25.40 paralegal hours at a rate of $60.00 per hour, for a total payment of $4,467.84 to be forwarded to said Attorney[1]. It is further RECOMMENDED that Petitioner be given thirty days following any award of past-due benefits to file his request for fees pursuant to 42 U.S.C. § 406(b).

Pursuant to 28 U.S.C. § 636(b)(1), the parties may serve and file written objections to the Recommendation with the United States District Judge within ten (10) days after being served a copy.

**SO RECOMMENDED**, this 18th day of January, 2008.

S/ G. MALLON FAIRCLOTH
UNITED STATES MAGISTRATE JUDGE

mZc

---

[1] Petitioner attached a copy of his fee agreement with Plaintiff to his Motion for Attorney's fees (R-19), which assigns any fees that the government might award, to Plaintiff's counsel.