**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**THOMASVILLE DIVISION**

KAREN S. DAVIS, :
:
    Claimant, :
:
v. : 7:07-CV-114 (WLS)
:
MICHAEL J. ASTRUE, :
Commissioner of Social Security :
:
    Defendant. :
                                          :

## ORDER

Before the Court is a Report and Recommendation from United States Magistrate Judge G. Mallon Faircloth, filed January 18, 2008. (Doc. 22). It is recommended that Petitioner's Motion for Attorney's fees (Doc. 19) be GRANTED. (Doc. 22). No objection has been filed.

Upon full review and consideration upon the record, the Court finds that said Report and Recommendation (Doc. 22) should be, and hereby is, **ACCEPTED**, **ADOPTED** and made the Order of this Court for reason of the findings made and reasons stated therein. Accordingly, Petitioner's Motion for Attorney's fees (Doc. 22) is **GRANTED**. Therefore, it is hereby **ORDERED** that attorney's fees in the amount of **$4,467.84** be paid to Attorney Charles Lee Martin, counsel for Claimant.

**SO ORDERED**, this __18th__ day of July, 2008.

                                                                         /s/W. Louis Sands
                                                     **THE HONORABLE W. LOUIS SANDS,**
                                                     **UNITED STATES DISTRICT JUDGE**